IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT J. FUMO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:13-CV-03313-RB |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' APPENDIX OF EXHIBITS
CITED IN ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|:---:|---|
| A | Notice of Jeopardy Assessment (Excise Tax) |
| B | CABN Purchases Of Consumer Goods For The Taxpayer |
| C | CABN Expenses Relating To The Taxpayer's Farm |
| D | Summary of Trips to Shore and Farm By CABN Employees (Criminal Trial Exhibits 1105 and 1105-A) |
| E | Notice of Jeopardy Assessment (Income Tax) |
| F | Fumo Shifts Property Ownership, Keeps Quarreling, Philadelphia Inquirer (October 21, 2012) |
| G | Notice of Jeopardy Assessment (Gift Tax) |
| H | Here Comes Fumo, Phil. Daily News (August 2, 2013) |
| I | Deed re 30 Fiesta Way, Ft. Lauderdale, FL (10/18/2011) |
| J | Deed re 30 Fiesta Way, Ft. Lauderdale, FL (04/16/2012) |
| K | Deed re 108 Kenyon Ave., Margate NJ (10/12/2011) |
| L | Deed re 670 River Road, Halifax, PA (10/18/2011) |
| M | Deed re 1936-38-40 South 13th Street, Philadelphia PA (12/16/2008) |
| N | Deed re 6601 Monmouth Ave., Ventnor, NJ (10/12/2011) |
| O | Mortgage Deed for 2220 Green Street, Philadelphia, PA (01/22/2000) |

| | |
|---|---|
| P | Deed re 2220 Green Street, Philadelphia, PA (02/21/2012) |
| Q | Deed re 1831 E. Passyunk Ave., Philadelphia, PA (06/12/2008) |
| R | Excerpts From The Trial Testimony Of Jane Scaccetti |
| S | 09.17.10 Letter From The Taxpayer To Jane Scaccetti |
| T | 10.24.10 Letter From The Taxpayer To Jane Scaccetti |
| U | Tax Court Petition (Gift Tax) |
| V | Tax Court Petition (Income Tax) |
| W | Tax Court Petition (Excise Tax) |