9-17-10

Dear Jane,

Thanks for your letter of 9-12-10. And you are correct, I did like the quote from Tolstoy better! :)

I am really doing quite well here! Time is passing quickly - Thank God. I am busy every day with reading & I am also taking a great correspondence course from the Westlawn Institute in "The Elements of Boat & Yacht Design"! I've wanted to do that for years but never had the 'time' before!

I've read over 65 books this year & gleaned a lot of knowledge from them!

I too am very proud of Allie! :) We've (you more than me) have done a great job of raising her so far! :)

My only "fear" is that she still places a lot of "her value" into the hands of boys! :)

Exhibit S

EXHIBIT AF-48

(2)

She is beautiful & very accomplished but doesn't realize that deep down! As a result she is a slave to the "approval" of boys that she dates! This places her at a distinct disadvantage emotionally! :(

Hopefully as she matures even further she will recognize & value & love her own self worth on her own! :)

I truly regret not being able to be with her on her 21st but I am still hopeful that I can be at her graduation! :) If she were as "screwed up" as Vincent and needed 5 years to graduate, it would be a cinch! :)

As to her finances here's what I understand!

The FLP has 2 assets, approx $650,000 in cash plus an approximate $1,400,000 loan to me for my fines & restitution (secured by Green St.)

Vincent is trying to get me to get a loan from a bank for the $1.4 million so he can cash

(3)

out of the FLP. But given the economy & my situation this is not feasible & too costly. The best they were able to do was a 5% interest only loan with a $32,000 placement fee! That won't work!

If I'm going to pay interest I might as well pay it to the FLP.

Currently Vincent has already gotten about $370,000 in distributions so Allie's trust is entitled to a like amount! This could easily come from the approx $650,000 in cash.

Then there could be another distribution of $125,000 to Vincent & another $125,000 to Allie's trust. This would leave some $'s for operating expenses etc.

I am paying over $60,000 in interest/year so there could be annual distributions of the after tax $'s to Vincent & Allie's trust.



Being in here it is <u>Very</u> difficult to get things done! I have to rely on "Snail mail" & others (like Andy) so it takes Forever!

If you would be willing to help "get Shit done" regarding these issues, I would greatly appreciate it & it would help protect Allie's interests!

As to the $1,000,000 Policy I sold it along with almost all of my Investment Real Estate to pay legal Bills! ☹

I didn't think this was irresponsible since I had set up & funded the FLP & Allie's Trust!

As you know I am Broke & still face the possibility of more litigation regarding my Sentence etc.

All I have basically left is my Real Estate which is stuck in this economy! ☹



I've been trying to rent everything, including Green ST. so I can pay for the taxes & upkeep etc.

I am still getting my pay out from Dilworth until 1-1-11. Then that stops & I am really in financial Jeopardy!

But I've been down before & have always bounced back even stronger! So I am hopeful that my "Spirit" will allow me to do the same this time! (☺)

Please write & let me know if you will help out with the FLP!

Also, I will contact Dennis & See what's up with the IRS Shit at CABR!

Thanks!

Love