10-24-10

Dear Jane,

Thanks for your letter of 10-15-10. I forgot about the 1/4 deadline & the amount of work involved! Sorry!

Also very sorry to hear about Elaine! (☹) She always was sickly! She has suffered a lot of pain in her life! Please tell her I send my love & prayers!

As to the FLP & Allie's Trust, I am still confused and not sure that my wishes are being carried out! That is why I asked you to get involved! Andy always says that everything is fine & under control & then I find out later that it is not! I am at his (& many others) mercy in here so I have to tread carefully!

I never paid attention to the details of all this stuff when I was on the outside because I always had someone who was competent to take care of the details, but now it is different! (☺)

Confidentially, I met with Lou

(2)

Micciulla, Esq when he visited me a while ago + he told me of the problems.

He is a brilliant lawyer who has helped me with all of this Soft Pro Bono, but he's not the forceful type! ☹

So I need you to make sure that all of the I's are dotted + the T's crossed, if you will.

Andy is supposed to have sent me a letter laying out what he has accomplished but I haven't seen it yet! ☹ Maybe in next week's mail!?

In Short however, this is what I want accomplished:

1 – The FLP has lent me about $1,000,000 – to pay off my attys + restitution, which I have done. The terms were supposed to be interest only payments at <4% (whatever the min legal rate is) for the 1st 5 years + then the loan would be amortized over 25



Years from that point. All payments going into the FLP.

2- The loan is to be secured by a mortgage against Green ST. & 105 S. Kenyon Ave.

3- The Green ST. mortgage is to be subordinate to a $250,000 note, also secured by Green ST, Trans no. to Carolyn. This is for the almost $300,000 that she put up to pay off the note to the Estate of Stacey Morris that was in 1ST position.

4- The Security on Green ST. is to state that if & when Green ST. is sold, I must pay the FLP a min. of $100,000 to a max of $250,000 to get it released from the mortgage. Then the balance of the mortgage will be secured by Kenyon Ave only.

5- There are to be no Prepayment fees ever charged. And any late fees on the mtg Payments shall be minimal (at most).



Note — my Goal is to become as Judgment Proof as Possible. I want to "Own nothing but control everything".

I never want to be this vulnerable to the Government or any creditors again in my life!

These Lines of Restitution were a grossly unfair outrage!

6 — There was supposed to be about $650,000- in Cash in the FLP. This is to be divided equally amongst the Shareholders; Allie, Vincent + Me. But my Share is only about 60% or So. The rest is split evenly between Vincent + Allie's trust.

7 — Vincent has already recieved a distribution of about $300,000-. So of the $650,000-, Allie's Trust is to recieve an equal amount 1st. Then the balance is to be distributed proportionately.
Plus I wanted to keep about $50,000- to $25,000- in Cash in the FLP for expenses + cash flow.

⑤

8 - I believe that Russell is the current Trustee on Allie's Trust. I want that changed to Carolyn. Allie does not want Vincent so I am ok with that.

By doing the above I can get the fools off my back to some degree & also especially preserve Kenyon Ave for Allie's estate!

If you have any ideas to further my goals to preserve my "Estate" let me know!

I'd rather you not show this letter to Andy so I am enclosing another letter to you that you can show him! ☺

Please write soon!

Thanks!

Love

[signature]

P.S. I have to be nice to Andy since I made him Trustee of the FLP + Trusts of FFS! ☺